T. H. HAWKINS, Respondent, v. C. A. HANCOCK et al., Appellants.

No. 228; December 6, 1864.

**Ejectment—Claim Through One Who has Abandoned Premises.** In ejectment the defense must show something more than a deed —of premises not really including those in suit—from one who had abandoned possession two years before the plaintiff's entry.

APPEAL from Tenth Judicial District, Sierra County.

C. Haymond for respondent; Williams & Johnson for appellants.

SHAFTER, J.—The court, on evidence which we deem sufficient, found all the facts necessary to vest a good possessory title in the plaintiff to the lot sued for; and further

found the ouster and unlawful withholding complained of. The defendants claimed under a prior entry by Palmer. But Palmer's deed to Hancock did not, as the court very properly held, include the premises demanded; and furthermore the record shows that, if Palmer once had possession of the lot, he and his associate Stickney both abandoned it two years at least prior to the plaintiff's entry. The objection that the court did not pass on all the issues is not well founded. They are all responded to in effect in the findings.

Judgment affirmed.

We concur: Sanderson, C. J.; Sawyer, J.; Rhodes, J.; Currey, J.